UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cr-00001

**United States of America**

v.

**Michael Anthony Brewer**

**ORDER**

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on February 10, 2026, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 13. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 12.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced as follows. As to the violation of his supervised release with regard to his conviction for count one, defendant is sentenced to a period of eleven months imprisonment with no supervised release to follow. As to the violation of his supervised release with regard to his conviction for count eight, defendant is sentenced to a period of eleven months imprisonment with no supervised release to follow. These sentences are to run concurrently. The court recommends that defendant serve his sentence at FCI Texarkana, TX or FCI Seagoville, TX, if possible.

*So ordered by the court on February 13, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -